Ralph FORD, Appellant,

v.

FEDERAL NARCOTICS DIVISION
et al., Appellee.
No. 12833.

United States Court of Appeals
Sixth Circuit.
June 18, 1956.

Before ALLEN and MARTIN, Circuit Judges, and STARR, District Judge.

PER CURIAM.

The only pleading filed in this court in the above proceeding is a petition by Ralph Ford asking that his Buick automobile, which he alleges was unlawfully seized by Federal officers, be returned to him.

In appeal No. 12,835 Ford v. U. S., 234 F.2d 835, the court has today affirmed the district court's denial of appellant's motion to vacate and set aside the judgment of conviction and the sentence imposed on him for having in his possession a specified quantity of the narcotic drug heroin, in violation of 21 U.S.C. § 174, but there is no showing in the pleadings and other papers on file in that case that Ford's Buick automobile was involved in connection with his possession of said drug; nor is there any showing in his present petition that his automobile was so involved. However, since the hearing on appeal the court has received a telegram from the United States attorney stating in substance that no libel action had been instituted against the appellant's automobile, but that it was seized and sold at public auction in pursuance of 26 U.S.C. § 7325.

There is no showing in this court of facts indicating that the appellant's automobile was subject to forfeiture to the United States, Therefore, his present petition for the return of his automobile would seem to present only questions of fact and law for determination by the district court. His petition is accordingly referred to the United States District Court for the Northern District of Ohio, Western Division, for consideration and such action as that court deems proper.

CITY OF DETROIT, Appellant,

v.

UNITED STATES of America,
Appellee.
No. 12714.

United States Court of Appeals
Sixth Circuit.
June 18, 1956.

Paul T. Dwyer, Chester J. Sowinski, Vance G. Ingalls, Alfred S. Stolinski, Detroit, Mich., for appellant.

Charles K. Rice, John Potts Barnes, Lee A. Jackson, Carolyn R. Just, A. F. Prescott, and Fred E. Youngman, Washington, D. C., Fred W. Kaess, Benjamin D. Burdick, Detroit, Mich., for appellee.

Before MARTIN, MILLER and STEWART, Circuit Judges.

PER CURIAM.

This appeal by the City of Detroit has been duly heard and considered upon its oral argument and brief, upon the oral argument and brief of the United States of America, and upon the record in the case;

And it appearing that the district court entered summary judgment, the facts being undisputed, and ordered the property of the taxpayer to be sold for enforcement of the tax lien of the United States, free and clear of the liens or equities of all parties, on the principle of "first in time, first in right";

And it further appearing that there is no remote showing that the City of Detroit or the State of Michigan has been denied a republican form of government by the action of the district court on foreclosure of the tax lien of the United States;

For the reasons stated in the oral opinion of Judge Freeman, the judgment of the district court is affirmed.